Illinois Appleton and Cox, Inc., Plaintiff Below, v. Melton Carr et al., Defendants Below. On Appeal of Melton Carr, Appellant, v. Northern Illinois Corporation, Defendant Below, Appellee.

Gen. No. 45,791.

John P. Burita, for appellant; Hugh M. Matchett, of counsel; Winston, Strawn, Black & Towner, for appellee; Walter A. Wade, Robert Tieken, and Edward J. Wendrow, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed November 6, 1952; rehearing denied December 8, 1952; released for publication December 9, 1952.